IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JONATHAN LEE PIERSON                                         PLAINTIFF

v.                               CIVIL ACTION NO. 1:19-CV-00085-GHD-RP

ITAWAMBA COUNTY, MISSISSIPPI; et al.                    DEFENDANTS

## ORDER

Pursuant to an opinion entered this date, it is hereby ORDERED that:

(1) the Defendant John Bishop's Motion for Judgment on the Pleadings [18] is GRANTED, and the Plaintiff's claims against the Defendant John Bishop are DISMISSED WITH PREJUDICE;

(2) the Defendant Larry Johnson's Motion for Rule 7 Reply and Discovery Relief [22], which includes an assertion of QUALIFIED IMMUNITY, is GRANTED based on qualified immunity, and the Plaintiff's claims against the Defendant Larry Johnson are DISMISSED WITH PREJUDICE;

(3) the Defendants' motion for judgment on the pleadings to dismiss duplicate official capacity claims [20] is GRANTED, and the Defendant Sheriff of Itawamba County, Chris Dickinson, is DISMISSED as an individual Defendant in this action; and

(4) the Plaintiff's claims against the Defendant Itawamba County shall proceed.

All memoranda, depositions, declarations, and other materials considered by the Court in ruling on these motions are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this, the 2 day of June, 2020.

_____
SENIOR U.S. DISTRICT JUDGE