**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**JONATHAN LEE PIERSON**                                              **PLAINTIFF**

**v.**                                   **CIVIL ACTION NO.: 1:19-CV-085-GHD-RP**

**ITAWAMBA COUNTY, MISSISSIPPI**                            **DEFENDANT**

<u>**RE-NOTICE OF DEPOSITION**</u>

TO: All Counsel of Record:

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure and applicable provisions of those rules, at the time and place set forth herein, the undersigned, attorney of record for Defendant, Itawamba County, Mississippi, will take the oral deposition before a notary public or other officer authorized by law to administer oaths:

    NAME:     Stephen Kilbourne

    DATE:      Thursday, January 14, 2021

    TIME:      12:00 p.m.

    PLACE:    Itawamba County Sheriff's Department
                    Conference Room
                    304-D West Wiygul
                    Fulton, MS 38843

The oral examination shall continue from day to day until completed. You are notified to appear and take part in the examination as you deem proper.

**RESPECTFULLY SUBMITTED** this the 28th day of October, 2020.

                                                             **JACKS | GRIFFITH | LUCIANO, P.A.**

                                        By:    */s/ Mary McKay Griffith*
                                                        Mary McKay Griffith, MS Bar No. 100785
                                                        Daniel J. Griffith, MS Bar No. 8366
                                                         Attorneys for Defendant

Of Counsel:

**JACKS | GRIFFITH | LUCIANO, P.A.**
P. O. Box 1209
150 North Sharpe Avenue
Cleveland, MS 38732
telephone: (662) 843-6171
facsimile: (662) 843-6176
cell: (662) 721-7323
Email: dgriffith@jlpalaw.com
  mgriffith@jlpalaw.com
www.jlpalaw.com

Bo Russell, Esq.
Board Attorney
206 S. Broadway St.
P.O. Box 28
Tupelo, MS 38802
Phone: (662) 401-2020
Email: borussellpllc@hotmail.com

## CERTIFICATE OF SERVICE

I, Mary McKay Griffith, attorney of record for Defendant, do hereby certify that I have this day caused a true and correct copy of the above and foregoing *Re-Notice of Deposition* to be delivered by the ECF Filing System which gave notice to all counsel of record who have appeared herein.

>Danny Lampley, Esq.
>Attorney-at-Law
>496 County Road 445
>Oxford, MS 38655
>Phone: (662) 236-2957
>Email: danlampley1960@gmail.com
>**Attorney for Plaintiff**

**DATED** this 28th day of October, 2020.

>  /s/ *Mary McKay Griffith*
>Mary McKay Griffith